# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2415
_____

GRESKOVICH & BALCOM, D.D.S.,
P.A.,

Appellant,

v.

AARON WALLENDER, D.D.S.,
M.D.,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas Williams, Judge.

February 16, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel E. Harrell of Clark Partington, Pensacola, for Appellant.

T. A. Borowski, Jr. and Darryl Steve Traylor, Jr. of Borowski & Traylor, P.A., Pensacola, for Appellee.